JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

PA Distribution LLC

**DEFENDANTS**

N. Ali Enterprises Inc., and Rahman Lakhani

**(b)** County of Residence of First Listed Plaintiff    Bucks County, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    DuPage County, IL
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Zachary A. Silverstein; Lundy, Beldecos & Milby; 450 N. Narberth Ave, Suite 200, Narberth, Pa 19072; 610-668-0019

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☒ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Diversity; 28 U.S. C. § 1332

Brief description of cause:
Defendants failed to deliver agreed upon product after payment was made.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.    DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____ DOCKET NUMBER _____

DATE
Aug 2, 2022

SIGNATURE OF ATTORNEY OF RECORD
*Zachary A. Silverstein*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**   **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**   **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**   **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.**   **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 612 State Road, Croydon, Pennsylvania 19021 _____

Address of Defendant: _____ 31 W280 Diehl Road, Suite 107, Naperville, Illinois 60563 _____

Place of Accident, Incident or Transaction: _____ Croydon, Pennsylvania _____

---

**RELATED CASE, IF ANY:**

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes ☐   No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes ☐   No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?    Yes ☐   No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes ☐   No ☐

I certify that, to my knowledge, the within case ☐ **is** / ☑ **is not** related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 08/02/2022     *Zachary A. Silverstein*     316491

*Attorney-at-Law / Pro Se Plaintiff*     *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.**    *Federal Question Cases:*        **B.**    *Diversity Jurisdiction Cases:*

| | | | | |
|---|---|---|---|---|
| ☐ 1. | Indemnity Contract, Marine Contract, and All Other Contracts | | ☑ 1. | Insurance Contract and Other Contracts |
| ☐ 2. | FELA | | ☐ 2. | Airplane Personal Injury |
| ☐ 3. | Jones Act-Personal Injury | | ☐ 3. | Assault, Defamation |
| ☐ 4. | Antitrust | | ☐ 4. | Marine Personal Injury |
| ☐ 5. | Patent | | ☐ 5. | Motor Vehicle Personal Injury |
| ☐ 6. | Labor-Management Relations | | ☐ 6. | Other Personal Injury *(Please specify):* ___ |
| ☐ 7. | Civil Rights | | ☐ 7. | Products Liability |
| ☐ 8. | Habeas Corpus | | ☐ 8. | Products Liability – Asbestos |
| ☐ 9. | Securities Act(s) Cases | | ☐ 9. | All other Diversity Cases |
| ☐ 10. | Social Security Review Cases | | | *(Please specify):* ___ |
| ☐ 11. | All other Federal Question Cases | | | |
| | *(Please specify):* ___ | | | |

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____ Zachary A. Silverstein _____, counsel of record *or* pro se plaintiff, do hereby certify:

☑   Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐   Relief other than monetary damages is sought.

DATE: 08/02/2022     *Zachary A. Silverstein*     316491

*Attorney-at-Law / Pro Se Plaintiff*     *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PA DISTRIBUTION LLC,<br><br>          **Plaintiff,**<br><br>   **v.**<br><br>N. ALI ENTERPRISES INC., AND RAHMAN LAKHANI,<br><br>          **Defendants.** | **CIVIL ACTION NO.:**<br><br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff PA Distribution LLC, ("PA Distribution"), by its undersigned counsel, and for its Complaint against N. Ali Enterprises Inc., and Rahman Lakhani (collectively, "Defendants") states as follows:

### PARTIES, JURISDICTION, AND VENUE

1.     PA Distribution is a Pennsylvania company with its principal place of business located at 612 State Road, Croydon, Pennsylvania 19021.

2.     Defendant N. Ali Enterprises Inc., is an Illinois corporation with its principal place of business located at 31 W280 Diehl Road, Suite 107, Naperville, Illinois 60563.

3.     Upon information and belief defendant Rahman Lakhani is the owner and president of defendant N. Ali Enterprises Inc., and an adult individual that resides in Naperville, Illinois.

4.     The Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), as this case involves diversity of citizenship among the parties, and the matter in controversy exceeds $75,000.00.

5.     Venue is proper in the United States District Court of the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1391(a)(2), as a substantial part of the events giving rise to this claim occurred in the Eastern District of Pennsylvania.

## FACTUAL BACKGROUND

6.     PA Distribution is a reputable re-packer and wholesale distributor of cigars.

7.     In June of 2022, Defendants represented to PA Distribution that Defendants would supply approximately 7,500 Backwoods Banana "5PK40 1200" Cigars, and quoted $223,875.00, as the price for the product ("Quote").[1] *See* Exhibit A.

8.     Backwoods Banana is an all-natural, rustic cigar featuring a unique wrapper infused with the essence of sweet bananas.

9.     Backwoods Banana Cigars are highly sought-after and have a very large fan base.

10.     From June 23, 2022 to June 24, 2022 the parties negotiated terms, and eventually agreed to the terms as outlined in email correspondences dated June 23, 2022 and June 24, 2022.[2] *See* Exhibit B.

11.     On June 28, 2022, PA Distribution and Defendants agreed to the Quote. *See* Exhibit A.

12.     On July 1, 2022, PA Distribution wired Two Hundred Twenty-Three Thousand Seventy-Five dollars to Defendants pursuant to the June 28, 2022, quote.

13.     After July 1, 2022, Defendants informed PA Distribution that they would be unable to ship the agreed upon product.

14.     As such, on July 20, 2022, PA Distribution sent a letter to Defendants, demanding that they return PA Distribution funds.

---

[1] A true and correct copy of the June 28, 2022 quote is submitted hereto as Exhibit "A."
[2] A true and correct copy of the June 23-24, 2022 emails are submitted hereto as Exhibit "B."

15.     To date, Defendants have failed to deliver the product.

16.     To date, Defendants have failed to return the monies.

17.     Upon information and belief, defendant Rahman Lakhani converted the monies for his personal use.

18.     As a result of Defendants' actions, PA Distribution has incurred substantial damages, including the $223,875.00 that it paid to Defendants, plus lost profits from the anticipated subsequent sales, damage to its reputation, attorney's fees, costs and interest.

## COUNT I – BREACH OF CONTRACT

19.     PA Distribution incorporates each paragraph in this Complaint as if fully restated in this Count.

20.     The parties entered into a valid and binding contract. *See* Exhibit A.

21.     PA Distribution performed its contractual obligation by paying for the product.

22.     Defendants breached the agreement by failing to delivery the product to Plaintiff.

23.     As a result of Defendants' actions, PA Distribution has incurred substantial damages, including the $223,875.00 that it paid to Defendants, plus lost profits from the anticipated subsequent sales, damage to its reputation, attorney's fees, costs and interest.

## COUNT II – UNJUST ENRICHMENT

24.     PA Distribution incorporates each paragraph in this Complaint as if fully restated in this Count.

25.     Defendants have unlawfully retained PA Distribution's funds after failing to deliver the product.

26.     Defendants have been unjustly enriched and it would be inequitable to allow Defendants to retain such funds.

27.     As a result of Defendants' actions, PA Distribution has incurred substantial damages, including the $223,875.00 that it paid to Defendants, plus lost profits from the anticipated subsequent sales, damage to its reputation, attorney's fees, costs and interest.

## COUNT III – PROMISSORY ESTOPPEL

28.     PA Distribution incorporates each paragraph in this Complaint as if fully restated in this Count.

29.     Defendants explicitly promised PA Distribution that if PA Distribution wired the funds to Defendants, Defendants would deliver the product.

30.     Defendants' promise was clear, definite, and unequivocal and was specifically made to induct PA Distribution to wire the funds.

31.     Defendants have failed and refused to deliver the production to Plaintiff and failed to return Plaintiff's motion.

32.     To avoid injustice, the Court must specifically enforce Defendants' promise to deliver the production to PA Distribution, or alternatively, order Defendants to return PA Distribution funds.

33.     At the time of making the promise and induction action on PA Distribution's part, Defendants could reasonably foresee that their failure to perform pursuant to their promise would cause the damages PA Distribution has suffered.

34.     As a direct and proximate cause of Defendants' failure to deliver, or repay, Plaintiff has incurred substantial damages, including the $223,875.00 that it paid to Defendants, plus lost profits from the anticipated subsequent sales, damage to its reputation, attorney's fees, costs and interest.

**COUNT IV – CONVERSION**

35.     PA Distribution incorporates each paragraph in this Complaint as if fully restated in this Count.

36.     Defendants failed to deliver the product to PA Distribution but retained PA Distribution's funds.

37.     Defendants have unlawfully taken and asserted dominance over PA Distribution's funds.

38.     The acts described above constitute an unlawful conversion of PA Distribution's funds, resulting in damages to PA Distribution's funds.

39.     As a result of Defendants' actions, PA Distribution has incurred substantial damages, including the $223,875.00 that it paid to Defendants, plus lost profits from the anticipated subsequent sales, damage to its reputation, attorney's fees, costs and interest.

**COUNT V – FRAUDULENT MISREPRESENTATION**

40.     PA Distribution incorporates each paragraph in this Complaint as if fully restated in this Count.

41.     Defendants represented that they would deliver the production to PA Distribution, if PA Distribution wired $223,875.00 to Defendants' bank account. *See* Exhibit A.

42.     The representation was false when it was made. Defendants knew it was false when it was made or made it recklessly. Defendants' representation was a positive assertion.

43.     Defendants made the representation with the intention of inducing PA Distribution's reliance.

44.     PA Distribution acted in reliance on it, by forming an agreement with Defendants and performed its obligation under the agreement by paying the funds.

45.     PA Distribution has been damaged a a result of Defendants' misrepresentation.

46.     As a result of Defendants' actions, PA Distribution has incurred substantial damages, including the $223,875.00 that it paid to Defendants, plus lost profits from the anticipated subsequent sales, damage to its reputation, attorney's fees, costs and interest.

## REQUESTED RELIEF

WHEREFORE, PA Distribution request that this Court enter judgment in its favor and against Defendants in the amount of $223,875.00, plus additional damages from lost profits due to anticipate subsequent sales, damage to PA Distribution's reputation, attorney's fees, costs and interest, or any other relief that his Court deems just, equitable and appropriate.

Respectfully submitted,

LUNDY, BELDECOS & MILBY,

_____/s/_____
ZACHARY A. SILVERSTEIN
450 N. Narberth Ave, Suite 200
Narberth, Pennsylvania 190702
Attorney ID.: 316491
Phone: 610-668-0019
Fax: 610-675-2779
Email: zsilverstein@zarwin.com
Attorneys for Plaintiff

Dated:  August 2, 2022

EXHIBIT A

**N ALI ENTERPRISES INC**
**31W280 DIEHL RD RD UNIT 107**
**NAPERVILLE IL 60563**

| Quote # | 6493 |
|---|---|
| Date & Time | 6/28/2022 3:32:43 PM |
| Page(s) | Page 1 of 1 |



Bill To
PA DISTRIBUTION LLC
612 STATE ROAD
BENSALEM PA 19021

Ship To
PA DISTRIBUTION LLC
612 STATE ROAD
BENSALEM PA 19021

## Quote

| Sales Rep | PO |
|---|---|
| CASH AND CARRY | |

| Quantity | Description | UPC/PLU Number | Price | TAX | Amount |
|---|---|---|---|---|---|
| 7500.00 | BACKWOOD BANANA 5PK40 1200 | 071610340565 | $29.85 | $0.00 | $223,875.00 |

Quotes and estimates are valid for 10 days. After this time, all prices are subject to change. If a Price Quote is accepted after 10 business days, you will receive an Updated Price Quote for your approval or rejection.

I have read and agreed to all Terms and Conditions posted in the store and on the back of this invoice. I have received the products and / or services in the amount stated on this invoice.

**Customer Signature**

28-Jun-22                          3:32:42 PM

| Quantity Totals | 7,500 |
|---|---|
| SUBTOTAL | $223,875.00 |
| SALES TAX | $0.00 |
| TOTAL | $223,875.00 |

EXHIBIT B



---------- Forwarded message ---------
From: **PA Distribution** <order@pa-dis.com>
Date: Fri, Jul 15, 2022 at 12:00 PM
Subject: Re: Terms
To: rahman lakhani <rlakhani78@gmail.com>


We shared you the accounting sheet for the rebate calculation. Please take a look at your
earliest convenience and let us know if you have any questions.




612 State Road,| Croydon, PA 19021

609-968-5293 |  order@pa-dis.com


On Fri, Jun 24, 2022 at 12:02 PM rahman lakhani <rlakhani78@gmail.com> wrote:
  Hello

Totally Understand and Sounds Good.


On Fri, Jun 24, 2022 at 10:41 AM PA Distribution <order@pa-dis.com> wrote:
> Hello,
>
> I think we are on the same page. More concerned about you and your company due to your past/pending legal issues. PA Dist has not and does not have those issues.
>
> Since you felt the need to clarify, we are responding. Otherwise, it should be understood that everyone follows the laws
>
> On Fri, Jun 24, 2022 at 11:20 AM rahman lakhani <rlakhani78@gmail.com> wrote:
> > Hello
> >
> > A lot of what you said is what we said.
> > EVERYONE NEEDS TO BE CLEAR AND ON SAME PAGE.
> >
> > We request transparency to see your records and  payment amount confirmation on the portal IN CASE OF A DIFFERENCE IN AMOUNT (only in case of discrepancy).
> > N ALI will also require Transparency from PA Distribution LLC and may request Records for MSAi Reporting in case Payments don't match at the time of Rebate payments from ITG
> >
> > Also, N Ali agrees to abide by all federal and IL state laws and agrees to only use the PA distribution license and account to bill and sell products to PA Distribution only.
> > N Ali also Requests that PA Distribution LLc is in full compliance of all Federal and Laws of the State of Pennsylvania and follow all compliance Rules in all Business transactions.
> >
> >
> > On Thu, Jun 23, 2022 at 4:34 PM PA Distribution <order@pa-dis.com> wrote:
> > > Hi Rahman,
> > >
> > > A lot of what you said is what we said.
> > >
> > > We request transparency to see your records and  payment amount confirmation on portal IN CASE OF A DIFFERENCE IN AMOUNT (only in case of discrepancy).
> > >
> > > Also, N Ali agrees to abide by all federal and IL state laws and agrees to only use the PA distribution license and account to bill and sell products to PA Distribution only.
> > >
> > > On Thu, Jun 23, 2022 at 4:54 PM rahman lakhani <rlakhani78@gmail.com> wrote:
> > > > Good Afternoon
> > > >
> > > > st to agree to the terms of this deal, below are the key elements that N Ali has to honor for PA Distribution:
> > > >
> > > > 1. 2.2% Ach discount off invoice. OK

2. 3.3% quarterly rebate (June purchases would be paid in mid August, July purchases would be paid in mid November 2022 - when ITG Pays)
ONLY IF ITG PAYS AND PA DISTRIBUTION LLC REPORTS MSA CORRECTLY

3. a 7% ITG sales push out rebate would be paid in the first week of September
ONLY IF ITG PAYS AND PA DISTRIBUTION LLC REPORTS MSA CORRECTLY

4. Shipping would be covered by PA Distribution.
PRODUCT NEEDS TO BE SHIPPED TO PA DISTRIBUTION WAREHOUSE AND UNLOADED THERE. ANY SHIPMENTS REROUTED TO ANY OTHER PLACE WILL BE A COMPLETE VIOLATION OF INTERSTATE COMMERCE SHIPPING.

5. Wire/ACH would be done to N Ali upon email of quote from N ALi AND email of quote from ITG. OK

6. Any payments made by PA Distribution to N ALi will be strictly used to order the product requested and for no other purposes. OK

7. Excel/google sheet will be made and shared with you to keep track of orders, payments and rebate amounts. In case of any difference in numbers, you agree to resolve the issue within 14 days of this difference.
PA DISTRIBUTION CAN KEEP TRACK OF NUMBERS BUT PAYMENTS WILL BE ISSUED AFTER MSA REPORT IS DONE CORRECTLY AFTER BASE VOLUME IS ACHIEVED AND FUNDS ARE ACCURATELY RECEIVED.

8. Above rebate and incentive payments would be made to PA Distribution via a wire or ach from N ALi immediately upon receipt of such payments by N ALi from ITG (no buying other products to get money).
ONLY IF ITG PAYS AND PA DISTRIBUTION LLC REPORTS MSA CORRECTLY

9. PA Agrees to properly report sales data to MSA as is required by this program.
GREAT


Thanks

Rahman Lakhani
N Ali Enterprises Inc
31w280 Diehl Rd Suite 107
Naperville, IL-60563
PH-630-778-1450
FAX-630-778-1452
CELL-815-762-1562


On Thu, Jun 23, 2022 at 8:16 AM PA Distribution <order@pa-dis.com> wrote:
> Rahman,

Just to agree to the terms of this deal, below are the key elements that N Ali has to honor for PA Distribution:

1. 2.2% Ach discount off invoice
2. 3.3% quarterly rebate (June purchases would be paid in mid August, July purchases would be paid in mid November 2022 - when ITG Pays)
3. 7% ITG sales push out rebate would be paid in first week of September
4. Shipping would be covered by PA Distribution.
5. Wire/ACH would be done to N Ali upon email of quote from N ALi AND email of quote from ITG.
6. Any payments made by PA Distribution to N ALi will be strictly used to order the product requested and for no other purposes.
7. Excel/google sheet will be made and shared with you to keep track of orders, payments and rebate amounts. In case of any difference in numbers, you agree to resolve the issue within 14 days of this difference.
8. Above rebate and incentive payments would be made to PA Distribution via a wire or ach from N ALi immediately upon receipt of such payments by N ALi from ITG (no buying other products to get money).
9. PA Agrees to properly report sales data to MSA as is required by this program.

Please confirm these basic terms so we are on the same page.

Thanks,

612 State Road,| Croydon, PA 19021

609-968-5293 | order@pa-dis.com

--

612 State Road,| Croydon, PA 19021

609-968-5293 | order@pa-dis.com

--



612 State Road,| Croydon, PA 19021

609-968-5293 |  order@pa-dis.com